Russell C. Gregg, et al. [1] v. Commissioner. Gregg v. Commissioner
Docket Nos. 109035, 109406, 109407, 109410-109415, 109417, 109423, 109424, 109428, 109429, 109455, 109456, 109973.
United States Tax Court
1945 Tax Ct. Memo LEXIS 210; 4 T.C.M. (CCH) 466; T.C.M. (RIA) 45155; May 2, 1945
John C. White, Esq., Transportation Bldg., Washington, D.C., for the petitioners. J. L. Backstrom, Esq., for the respondent. LEECH
Memorandum Opinion LEECH, Judge: These controversies involve deficiencies in income taxes for the taxable years and in the amounts below set forth: Docket No.
Year
Name
Amount
109035
1938
Russell C. Gregg
$ 1,306.87
109406
1938
D. Sumners
1,743.04
109407
1938
Grace Sumners
1,743.04
109410
1938
Lamar Fleming, Jr.
116,362.07
109411
1938
Clare E. Fleming
116,362.07
109412
1938
Sydnor Oden
357.42
109413
1938
Olga Poe Oden
357.42
109414
1938
S. M. McAshan, Jr.
6,817.78
109415
1938
Susan C. McAshan
6,817.78
109417
1938
Ava T. Hooks
37.15
109423
1938
Harmon Whittington
49,999.73
109424
1938
Corrine G. Whittington
49,999.73
109428
1937
Susan V. Clayton
91,756.09
1938
438,251.34
109429
1938
Anne Burdine Clayton Trust
83,743.14
109455
1938
Estate of M. D. Anderson
976,133.79
109456
1938
Julia Clayton Baker (formerly Julia S. Clayton)
3,502.55
109973
1939
W. L. Clayton
51,360.81
*211 The above proceedings were not consolidated. All except Docket No. 109973 involve an identical main issue. It was orally stipulated in open court that our decision on that issue here shall follow our decision in the consolidated cases of Arthur J. Hooks, Docket No. 109416 [3 TCM 899], and W. L. Clayton, Docket No. 109427 [3 TCM 899]. The identical main issue is whether the respective petitioners realized taxable income in 1938 to the extent of accumulated dividends upon and redemption values of new preferred stock and new debentures received from Anderson, Clayton & Co. for old classes of preferred stock surrendered therefor. On August 22, 1944, a Memorandum Findings of Fact and Opinion was entered in the consolidated cases, Docket Nos. 109416 and 109427 [3 TCM 899], determining the main issue in favor of those petitioners. On January 26, 1945 decisions thereon were entered. The time for appeal from those decisions has expired. Sections 1140, 1142, Internal Revenue Code. The respective petitioners in the present proceedings are sustained on the main issue. Petitioner Russell C. Gregg, Docket No. 109035, and petitioner *212 Estate of M. D. Anderson, Deceased, Docket No. 109455, each assigned an additional error in their respective petitions. No proof was offered thereon. Accordingly, the respondent's action respecting additional adjustments is upheld. Docket No. 109428, Susan V. Clayton, also involves an additional assignment of error identical with the second issue involved in Docket No. 109427, i.e., whether this petitioner is taxable under section 22(a) or section 167 of the Revenue Acts of 1936 and 1938, for the undistributed income of certain trusts created by her. On August 22, 1944 a Memorandum Findings of Fact and Opinion was entered in Docket No. 109427 [3 TCM 899], determining that second issue in favor of the respondent. On January 26, 1945 a decision was entered thereon. The time to appeal from such decision has expired. Sections 1140, 1142, Internal Revenue Code. Under the stipulation the second issue in the present proceeding, Docket No. 109428, is determined for the respondent. Docket No. 109973, W. L. Clayton, petitioner, involves the same second issue with respect to the taxable year 1939 as that involved in Docket No. 109427, i.e., the taxability *213 of the income from the same two trusts to the grantor. Accordingly, under the stipulation the respondent is sustained on that issue in the present proceeding. Decisions in all docket numbers (109035, 109406, 109407, 109410-109415, 109417, 109423, 109424, 109428, 109429, 109455, 109456, and 109973) will be entered under Rule 50. Footnotes
1. D. Sumners; Grace Sumners; Lamar Fleming, Jr.; Clare E. Fleming; Sydnor Oden; Olga Poe Oden; S. M. McAshan, Jr.; Susan C. McAshan; Ava T. Hooks; Harmon Whittington; Corrine G. Whittington; Susan V. Clayton; Anne Burdine Clayton Trust, Lamar Fleming, Jr., S. M. McAshan, Jr., and J. M. Johnson, Trustees; Estate of M. D. Anderson, Deceased, The State National Bank of Houston, James E. Anderson, William Leland Anderson and Thomas D. Anderson, Executors; Julia Clayton Baker (formerly Julia S. Clayton); and W. L. Clayton.↩